

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID LEE SALINAS, | § | |
| Applicant, | § § § | |
| VS. | § | NO. 4:07-CV-748-A |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § § | |
| Respondent. | § § | |

### O R D E R

Came on for consideration the above-captioned action wherein David Lee Salinas is applicant and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent.[1] This is an application for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On December 11, 2008, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by January 5, 2009. In an order signed January 5, 2009, the court extended this deadline to January 28, 2009. Copies of the proposed findings, conclusions, and recommendation were sent to applicant and respondent. No objections have been timely filed. After thoroughly considering the record and applicable authorities, the court accepts the

---

[1] Applicant refers to his application as a "petition" and to himself as "petitioner." Consistent with the language of 28 U.S.C. § 2254, the court uses the terms "applicant" and "application" instead of "petitioner" and "petition."

proposed findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the application be, and is hereby, denied.

SIGNED February 3, 2009.

JOHN McBRYDE
United States District Judge